**UNITED STATES of America Plaintiff—Appellee**

**v.**

**James W. TRAMMEL, II, also known as James W. Trammell Defendant—Appellant**

**No. 00–1739.**

United States Court of Appeals, Sixth Circuit.

Nov. 30, 2001.

Before RALPH B. GUY, JR., and BOGGS, Circuit Judges; CARR, District Judge*.

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceedings in the district court, and it is there-

---

* The Hon. James G. Carr, U.S. District Judge for the Northern District of Ohio, sitting by designation.

**556**

fore ORDERED that said judgment be and it hereby is affirmed.